ARDITH L. GATH, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 31430.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Cross appeals from a judgment of the Court of Claims for claimant on a claim for damages for personal injuries alleged to have been sustained by claimant by reason of her having been struck by a falling flagpole at State Teachers College.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

FLORENCE M. ELY, as Executrix of WALTER L. ELY, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31432.) — Judgment affirmed, with costs. All concur, except WHEELER, J., who dissents and votes for reversal and dismissal of the claim on the ground that the authorities of the hospital used reasonable care in the supervision and treatment of the claimant. (Appeal from a judgment of the Court of Claims for claimant on a claim to recover damages for the death of claimant's testator alleged to have resulted by reason of negligent supervision at State Hospital.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

MARY J. CLARK, as Administratrix of the Estate of ALBERT R. CLARK, Deceased, Respondent-Appellant, v. JOHN H. STANNARD, Respondent, and CITY OF ROME, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Oneida Trial Term for plaintiff and against defendant City of Rome in an automobile negligence action and an action for false arrest, the order denied the city motion for a new trial; also appeal by plaintiff from a judgment in favor of defendant Stannard for no cause of action. The order denied plaintiff's motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of the Estate of MARY BELL, Deceased. MARINE MIDLAND TRUST COMPANY OF CENTRAL NEW YORK (Formerly SYRACUSE TRUST COMPANY), as Executor of MARY BELL, Deceased, et al., Appellants; ANNABELLE HANNON, Respondent.— Decree reversed on the law and facts and matter remitted to the Surrogate's Court to enter a decree in accordance with the memorandum. Memorandum: Upon the record before us it appears that the accounts opened in the names of the deceased and the respondent Annabelle Hannon out of funds contributed exclusively by the decedent in the Merchants National Bank & Trust Company of Syracuse and the First Trust & Deposit Company are not true joint tenancies but rather are accounts held in joint form for convenience. As to the joint tenancy account opened in the name of decedent and respondent in the Onondaga County Savings Bank from funds of decedent previously on deposit in said bank, it does not appear that the decedent consciously approved the opening of said account in such form. It follows that the decree appealed from should be reversed and the respondent directed to pay over to the executor of the deceased, Mary Bell, the balances in all three accounts at the date of the death of the decedent. All concur, McCURN, P. J., not voting. (Appeal from a decree of Onondaga Surrogate's Court determining the owner of certain bank accounts, in a discovery proceeding.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.